**EXHIBIT A**


# Summary of Interview - 5:23-cr-00278-HE USA v. Lin
2 messages

**Manuel Gomez** <manueldgomezsq@gmail.com>　　　　　　　　　　　　　　　　　　Tue, Apr 22, 2025 at 5:37 PM
To: "Coffey, Nicholas (USAOKW)" <nicholas.coffey2@usdoj.gov>
Cc: "Leverett, Travis (USAOKW)" <Travis.Leverett@usdoj.gov>, "Kemp, Brandi (USAOKW)" <Brandi.Kemp@usdoj.gov>

Dear Counselors,

Annexed hereto are the transcripts from Naigang Lin ("Naigang"), Li Lin, and Juan Lyu ("Lyu") trial testimony. Annexed also is the April 19, 2022, Certificate of Title for the van stopped on April 21, 2022. Naigang testified (pages 73-74) that Naigang was the affiant who signed Naigang's name on the van title (before a notary public).

Naiqing stated at the April 21, 2025 interview that the signature on the van and LMCU paperwork was not his signature. Naiqing clarified that his letters are all capitalized; and he noted differences in the letters "Q", "g" and "Lin" in the van and LMCU paperwork.

Annexed are the signature pages from the LMCU account. Annexed also is Naiqing's actual signature from defense trial exhibits for comparison purposes. With respect to Naiqing's first trip to Oklahoma, Naigang testified that Naiqing did no work in the marihuana business (pages 44-45).

Naiqing stated that he borrowed the van from the landlord for one day for Naigang to test drive the van. Instead, he kept the van for 3 days. The landlord was upset because Naigang used the van a lot in those 3 days. A day or so later, Naigang asked Naiqing to borrow the van again because a white man was coming to the restaurant to buy the van. The white man never showed up and Naiqing returned the van to the landlord.

Naiqing stated at the interview that he never went into any bank with Naigang, except Chase Bank to open the Private Kitchen bank account.

### Summary of Interview

Naiqing testified that he began working for Naigang in the marihuana business in Michigan in December 2020. He initially arrived in Michigan in September 2020 but worked with Naigang's mother ("Mamma") in the restaurant. From December 2020 to April 2021, Naiqing worked for Naigang at the Big House (Homerich), the Drug store (Division St.), and Lyu's house (Bonasa) watering, trimming, harvesting, bagging, and bringing to Mamma's house the marihuana. He would also put sticks in the marihuana pots.

Mamma or Naigang would tell Naiqing which house to work at, and what type of marihuana related work to do at each house. At some point, Naiqing discovered the work was illegal when he overheard Naigang's relative Yang argue with Mamma. Naigang would pay Naiqing $5,000/month but failed to pay him in February 2021. Naiqing never transported drugs anywhere except to Mamma's house from Homerich.

He quit working for Naigang in April 2021 because Naigang did not pay him in February, and the hours were too long. Naigang did not want to give him a raise because Naiqing was clumsy and stupid. Naiqing returned to New York. Then around December 2021, Naiqing called Naigang looking for work in the restaurant business. Naigang said he was opening a restaurant in Oklahoma. Naiqing went down to Oklahoma around January 2022 and drove Naigang to marihuana farms three times and received $300 per trip.

The Private Kitchen restaurant opened in February 2022. Naiqing stated that he did no marihuana work in Oklahoma. (Naigang testified the same, pages 44-45). He did not cultivate marihuana; except on an occasion he spent about 10 days at a marihuana farm watering the plants because Naigang's business partner was away. Lyu testified that Naiqing never went to the Ada grow house (page 76).

He would typically work at the restaurant from 7 a.m. to midnight. In April or May 2022, he quit the restaurant job and returned to New York because he was always tired and was not getting a percentage of the restaurant's profits as Naigang had promised.

In June, Lyu asked him to return to Oklahoma to help out in the restaurant because the cook had quit. Naiqing returned for 10-12 days but only worked at the restaurant until a cook was hired.

Naiqing became an Uber driver in New York after Oklahoma. When Naigang would come to New York, Naigang would pay him to drive him around. On one occasion, Naigang asked to be driven from Lyu's old house in New York (brothel) to Lyu's old boss' house. "Lemon", a friend of Naigang, would also ask Naiqing to drive him around. He does not know who "Little Brother" is.

After leaving Oklahoma the second time, Naiqing received a call in the middle of the night at his home in New York from Naigang who asked that Naiqing pick up a package being delivered. He goes to the street, sees a car nearby, and hands his phone to the driver, who then talks to Naigang. After talking to Naigang the driver gets out of the car and brings the packages to Naiqing's door and leaves.

Naiqing brings the package up. When opened, his wife saw that it contained marihuana. They call Naigang to tell him that they are putting the package outside the door (Li Lin, page 6). Naiqing went to Naigang's Brooklyn Stash home one time because Naigang asked to go help someone who was sick.

While in New York (after returning from Oklahoma), Lyu on several occasions asked Naiqing to pick up money from one location and bring it to another location to buy fish to be delivered to the restaurant. She would also ask him to buy materials to send to her for the restaurant.

Please let me know whether you have any questions. Thank you.

--
*The Law Office of Manuel D. Gomez, P.C.*
*(212) 571-2640 Telephone*
*(212) 571-2302 Fax*

**CONFIDENTIALITY NOTICE:**
This e-mail and the documents accompanying this transmission contain confidential information belonging to the sender which is legally privileged. The information is intended only for the use of the individuals or entities named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this e-mailed information is strictly prohibited. If you have received this e-mail in error, please immediately notify the sender by e-mail at the address above. The transmission is to be deleted and any items that may have been printed are to be destroyed. Thank you for your compliance.

**3 attachments**

- Bank of America.pdf — 74K
- LMCU Application with signature.pdf — 129K
- Certificate of title.pdf — 217K

---

**Manuel Gomez** <manueldgomezesq@gmail.com>  Fri, Apr 25, 2025 at 11:06 AM
To: Cheer me now with music <Manuelgomez0726@gmail.com>

[Quoted text hidden]

--
*Luis Machica Acosta*
*Paralegal*
[Quoted text hidden]

---

**3 attachments**

- Bank of America.pdf — 74K
- LMCU Application with signature.pdf — 129K
- Certificate of title.pdf — 217K

 Gmail     Manuel Gomez <manueldgomezesq@gmail.com>

# NAIQING's PROFFER INTERVIEW

**Manuel Gomez** <manueldgomezesq@gmail.com>     Fri, Apr 25, 2025 at 3:40 PM
To: "Coffey, Nicholas (USAOKW)" <nicholas.coffey2@usdoj.gov>, "Leverett, Travis (USAOKW)" <Travis.Leverett@usdoj.gov>

I spoke to my client yesterday, he wants to clarify the following:

Even though it was said that the driver brought marijuana to his home only one time, that is not true.
There was another delivery made, but he is unsure it was the same driver.

At the interview, it was asked how much the marijuana package delivered to his home in Brooklyn weighed. Naiqing replied that the package weighed about 30 pounds.
He wants to clarify that there were 3 or 4 packages, each of which weighed about 30 pounds.
He also wants to clarify that by "package," he means black plastic bags.

Finally, he wants to clarify that his home does not have a porch, and when he stated he left the bags outside, he meant the public sidewalk.

When Naigang said at the trial that Naiqing did no work in the marijuana business on the first trip to Oklahoma, that is not true.

In Oklahoma and New York, Naigang had a business partner, Ms. Lyu's boss from the brothel.
The business partner was out of town for 10 days, Naigang asked Naiqing to water the plants for approximately 10 days.

When Ms. Lyu stated at trial that Naiqing never went to Ada, Naiqing is not sure if that statement is true.
Naiqing is not sure if the location where he watered the plants for approximately 10 days is located in Ada.

Should you have any questions, kindly contact me at 646-474-1292.

--
*Manuel D. Gomez, Esq.*
*The Law Office of Manuel D. Gomez, P.C.*
*(212) 571-2640 Telephone*
*(212) 571-2302 Fax*

**CONFIDENTIALITY NOTICE:**
This e-mail and the documents accompanying this transmission contain confidential information belonging to the sender which is legally privileged. The information is intended only for the use of the individuals or entities named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this e-mailed information is strictly prohibited. If you have received this e-mail in error, please immediately notify the sender by e-mail at the address above. The transmission is to be deleted and any items that may have been printed are to be destroyed. Thank you for your compliance.

 Virus-free.www.avast.com